J. Christopher Jorgensen (#5382)
Dale Kotchka-Alanes (#13168)
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile:   (702) 949-8398

Michael K. Brown (*Admitted Pro Hac Vice*)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:    (213) 457-8000
Facsimile:    (213) 457-8080

*Attorneys for Defendant Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Verterlink, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRETT SCOVIL,<br><br>            Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., MEDTRONIC SOFAMOR DANEK USA, INC., and MEDTRONIC VERTELINK, INC.,<br><br>            Defendants. | Case No. 2:14-cv-00213-APG-VCF<br><br>**JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS;** ~~[PROPOSED]~~ **ORDER**<br><br>Assigned to Honorable Andrew P. Gordon<br>Referred to Magistrate Judge Cam Ferenbach<br><br>Compl. Filed: October 15, 2013<br>Am. Compl. Filed: April 2, 2014 |

Plaintiff Brett Scovil ("Plaintiff") and Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Verterlink, Inc. (collectively, "Medtronic"), by and through their counsel of record, submit this Joint Status Report and Stipulation to Stay Proceedings. For reasons explained in more detail below, they stipulate and respectfully request that the Court stay the proceedings in

JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER 6934409_1
11/11/2015 8:36 AM

1  this action, including the pending discovery deadlines, for six months to allow the parties to finalize
2  the settlement of this action.

3         Plaintiff and Medtronic have executed a written settlement agreement. The settlement
4  agreement is a global one, which involves Plaintiff here and numerous other plaintiffs with Infuse®
5  personal injury cases throughout the United States. The settlement process will involve the
6  submission of hundreds of plaintiffs' claims to a third party mediator to determine their settlement
7  value. This process will require: (1) plaintiffs to provide the mediator with volumes of medical
8  records and other evidence relevant to plaintiffs' claims; (2) the mediator to provide a preliminary
9  settlement value; (3) negotiations of liens/subrogation interests; and (4) possible appeals of the
10 settlement value assignments. This process may take up to six months to complete.

11        Accordingly, in order to prevent the unnecessary expenditure of the Court's and the parties'
12 time and resources, the parties respectfully request that the Court grant a stay until at least May 13,
13 2016, to allow the parties to finalize the settlement. If at any time the parties agree that this case
14 should be dismissed prior to May 13, 2016, the parties will notify this Court by filing a Request for
15 Dismissal.

16 . . .
17 . . .
18 . . .
19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28

6934409_1
11/11/2015 8:36 AM

- 1 -

JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER

Should this case not be dismissed by May 13, 2016, the parties respectfully request the opportunity to submit a further status report showing good cause for an additional stay.

DATED this 11th day of November, 2015.

**HAMILTON LAW LLC**

By /s/ Ryan A. Hamilton
    Ryan A. Hamilton
    Attorneys for Plaintiff

**LEWIS ROCA ROTHGERBER LLP**

By /s/ J. Christopher Jorgensen
    J. Christopher Jorgensen
    Attorneys for Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Vertelink, Inc.

**REED SMITH LLP**

By /s/ Michael K. Brown (Admitted Pro Hac Vice)
    Michael K. Brown
    Attorneys for Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Vertelink, Inc.

IT IS SO ORDERED:

[signature]

~~Andrew P. Gordon~~ Cam Ferenbach
United States ~~District Judge~~ Magistrate Judge
DATED:_____

November 13, 2015

6934409_1
11/11/2015 8:36 AM

- 2 -

JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER