J. Christopher Jorgensen (#5382)
Dale Kotchka-Alanes (#13168)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
Telephone:  (702) 949-8200
Facsimile:    (702) 949-8398

Michael K. Brown (*Admitted Pro Hac Vice*)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:     (213) 457-8000
Facsimile:      (213) 457-8080

*Attorneys for Defendant Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Vertelink, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BRETT SCOVIL,<br><br>            Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., MEDTRONIC SOFAMOR DANEK USA, INC., and MEDTRONIC VERTELINK, INC.,<br><br>            Defendants. | Case No. 2:14-cv-00213-APG-VCF<br><br>**JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS** |

As this Court is aware, Plaintiff Brett Scovil and Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Verterlink, Inc. (collectively, "Medtronic"), reached a settlement in principle in this case, and the Court stayed this action to permit Plaintiff and Medtronic to engage in settlement discussions.

Since filing the last stipulation, Plaintiff, and the other claimants involved in this global settlement, have been working diligently with Medtronic and the settlement administrator to advance the progress of the settlement.  Claimants have submitted claim forms to the settlement administrator, and the settlement administrator is now in the process of issuing individual letters to

each claimant containing a proposed award.  Upon receiving an offer from the settlement administrator, each claimant will have the opportunity to decide whether to accept the offer.  This process may take up to four months to complete.

Accordingly, in order to prevent the unnecessary expenditure of the Court's and the parties' time and resources, Plaintiff and Medtronic request that the Court continue to stay this action for four months from the entry of this Order.  Should this action not be dismissed by that time, the parties respectfully request an opportunity to submit a status report and request for continued stay on or before the expiration of the stay.

DATED this 11th day of May, 2016.

**HAMILTON LAW LLC**

By  /s/ *Ryan  A. Hamilton*
 Ryan  A. Hamilton
 *Attorneys for Plaintiff*

**LEWIS ROCA**
**ROTHGERBER CHRISTIE LLP**

By   /s/ *J. Christopher Jorgensen*
 J. Christopher Jorgensen
 *Attorneys for Defendants Medtronic,*
 *Inc., Medtronic Sofamor Danek USA,*
 *Inc., and Medtronic Vertelink, Inc.*

**REED SMITH LLP**

By  /s/ *Michael K. Brown*
 Michael K. Brown
 *Attorneys for Defendants Medtronic, Inc.,*
 *Medtronic Sofamor Danek USA, Inc., and*
 *Medtronic Vertelink, Inc.*

**IT IS SO ORDERED:**

United States Magistrate Judge

DATED: May 12, 2016