J Christopher Jorgensen
Nevada Bar No. 5382
Dale Kotchka-Alanes
Nevada Bar No. 13168
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
E-mail: cjorgensen@lrrc.com
E-mail: mkotchkaalanes@lrrc.com

Michael K. Brown *(Admitted Pro Hac Vice)*
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213)457-8000
E-mai1: mkbrown@reedsmith.com

*Attorneys for Defendant Medtronic, Inc.,
Medtronic Sofamor Danek USA, Inc., and
Medtronic Vertelink, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT SCOV1L, <br><br> Plaintiff, <br><br> vs. <br><br> MEDTRONIC, INC., MEDTRONIC SOFAMOR DANEK USA, INC., and MEDTRONIC VERTELINK, INC., <br><br> Defendants. | Case No. 2:14-cv-00213-APG-VCF <br><br> **JOINT STATUS REPORT AND STIPULATION TO FURTHER STAY PROCEEDINGS; [PROPOSED] ORDER** <br><br> Assigned to Honorable Andrew P. Gordon <br> Referred to Mag. Judge Cam Ferenbach <br><br> Compl. Filed: October 15, 2013 <br> Am. Compl. Filed: April 2, 2014 |

Pursuant to the Court's March 10, 2017 Order, Plaintiff Brett Scovil and Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Verterlink, Inc. (collectively, "Medtronic") submit the following joint status report and stipulation to further stay proceedings.

The parties reached a confidential settlement of this case, and all deadlines in this action were stayed to permit the parties to engage in settlement discussions.

Since filing the last stipulation to stay the proceedings, Plaintiff and the other claimants involved in this global settlement have continued to work diligently with Medtronic and the settlement administrator to advance the progress of the settlement. The

only remaining obstacle to the dismissal of this action and a settlement payment being made to Plaintiff is Plaintiff's final resolution of a lien claim by health insurer, Humana Inc. Plaintiff anticipates that Humana's lien claim will be able to be resolved within 30-60 days.

Based on the substantial progress that has been made in this settlement process, no purpose will be served by lifting the stay where the parties expect that settlement will be completed. Accordingly, in order to conserve the resources of the Court and the parties, and to allow the time needed to finalize the settlement, the parties respectfully request that the Court stay this action for three months from the entry of the Court's Order. Should the parties finalize a settlement prior to that time, the parties will promptly notify the court by voluntarily dismissing the action with prejudice.

Should this action not be dismissed by that time, the parties shall submit a status report and request for continued stay on or before the expiration of the stay.

DATED this 8th day of June, 2017.

**HAMILTON LAW LLC**

By /s/ *Ryan A. Hamilton*
Ryan A. Hamilton

*Attorneys for Plaintiff*

IT IS HEREBY ORDERED that a status hearing is scheduled for 1:00 PM, September 18, 2017, in courtroom 3D.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By /s/ *J Christopher Jorgensen*
J Christopher Jorgensen

**REED SMITH LLP**

By /s/ *Michael K. Brown*
Michael K. Brown
*(Admitted Pro Hac Vice)*

*Attorneys for Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Vertelink, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED: June 8, 2017

101521838_1

2

**JOINT STATUS REPORT AND STIPULATION TO FURTHER STAY PROCEEDINGS; [PROPOSED] ORDER**