1  J Christopher Jorgensen
   Nevada Bar No. 5382
2  Dale Kotchka-Alanes
   Nevada Bar No. 13168
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy., Ste. 600
4  Las Vegas, NV 89169
   Telephone:  (702) 949-8200
5  E-mail: cjorgensen@lrrc.com
   E-mail: mkotchkaalanes@lrrc.com
6
   Michael K. Brown (*Admitted Pro Hac Vice*)
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA 90071-1514
   Telephone:  (213) 457-8000
9  E-mail: mkbrown@reedsmith.com

10 *Attorneys for Defendant Medtronic, Inc.,*
   *Medtronic Sofamor Danek USA, Inc.,*
11 *and Medtronic Vertelink, Inc.*

12            **UNITED STATES DISTRICT COURT**

13              **DISTRICT OF NEVADA**

| | |
|---|---|
| 14 BRETT SCOVIL, | Case No. 2:14-cv-00213-APG-VCF |
| 15     Plaintiff, | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| 16 vs. | |
| 17 MEDTRONIC, INC., MEDTRONIC SOFAMOR DANEK USA, INC.,  and | Assigned to Hon. Andrew P. Gordon Referred to Magistrate Judge Cam Ferenbach |
| 18 MEDTRONIC VERTELINK, INC., | Compl. Filed: October 15, 2013 Am. Compl. Filed: April 2, 2014 |
| 19     Defendants. | |

20

21         Plaintiff Brett Scovil and Defendants Medtronic, Inc., Medtronic Sofamor

22 Danek USA, Inc., and Medtronic Verterlink, Inc. (collectively, "Medtronic") hereby

23 stipulate and agree that the above-captioned action shall be dismissed with prejudice in

24 its entirety in accordance with Federal Rule of Civil Procedure 41 (a)(2). Each party

25  IT IS SO ORDERED.

26  Dated: September 8, 2017

    _____
27 / / /                          ANDREW P. GORDON
                                  UNITED STATES DISTRICT JUDGE
28 / / /

---

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE

shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 8th day of September, 2017.

**HAMILTON LAW LLC**

**LEWIS ROCA
ROTHGERBER CHRISTIE LLP**

By  /s/ *Ryan  A. Hamilton*
     *Ryan  A. Hamilton*
     *Attorneys for Plaintiff*

By      /s/ *J Christopher Jorgensen*
*J Christopher Jorgensen*
*Attorneys for Defendants Medtronic, Inc.,
Medtronic Sofamor Danek USA, Inc., and
Medtronic Vertelink, Inc.*

**REED SMITH LLP**

By /s/ *Michael K. Brown*
Michael K. Brown (Admitted Pro Hac Vice)
*Attorneys for Defendants Medtronic, Inc.,
Medtronic Sofamor Danek USA, Inc., and
Medtronic Vertelink, Inc.*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED:_____

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE